**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **KEVIN GROVE**, *Plaintiff,* vs. **SOUTHERN NEW HAMPSHIRE UNIVERSITY** *and* **LAUNCH SERVICING, LLC,** *Defendants.* | CASE NO.: 1:24-cv-00131-JRS-MKK  **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action without prejudice, effective February 7, 2024, each party to bear its own costs and attorneys' fees.

Respectfully submitted on February 7, 2024.

/s/ *Bryan J. Geiger*
Bryan J. Geiger
Florida Bar Number: 119168
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 321-2348
BGeiger@SeraphLegal.com
*Counsel for Plaintiff*