Acknowledged. JRS, DJ, 2/8/2024.

Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**KEVIN GROVE**,

*Plaintiff,*

vs.

**SOUTHERN NEW HAMPSHIRE UNIVERSITY** *and* **LAUNCH SERVICING, LLC,**

*Defendants.*

CASE NO.: 1:24-cv-00131-JRS-MKK

NOTICE OF DISMISSAL WITHOUT PREJUDICE

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action without prejudice, effective February 7, 2024, each party to bear its own costs and attorneys' fees.

Respectfully submitted on February 7, 2024.

/s/ *Bryan J. Geiger*
Bryan J. Geiger
Florida Bar Number: 119168
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 321-2348
BGeiger@SeraphLegal.com
*Counsel for Plaintiff*